1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN E. MITCHELL,                      Case No. 1:21-cv-01434-SKO (PC)

10                    Plaintiff,

                                            **ORDER TO SUBMIT APPLICATION**
11          v.                              **TO PROCEED *IN FORMA PAUPERIS***
                                            **OR PAY FILING FEE**
12   R. DIAZ, et al.,
                                            45-DAY DEADLINE
13                    Defendants.

14

15          Plaintiff has not paid the $402 filing fee for this action or submitted an application to

16   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date

17   of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma*

18   *pauperis*, completed and signed, or, in the alternative, pay the filing fee in full. No requests for an

19   extension of time will be granted without a showing of good cause. **Failure to comply with this**

20   **order will result in a recommendation that this action be dismissed.**

21

     IT IS SO ORDERED.
22

23   Dated:  __**September 28, 2021**__              ____*/s/ Sheila K. Oberto*____
                                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                            1