UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MITCHELL,<br><br>            Plaintiff,<br><br>    v.<br><br>R. DIAZ, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01434-SKO (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

Plaintiff John E. Mitchell has filed a notice of voluntary dismissal. (Doc. 9.) Under Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a notice of dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

1    Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an
2    answer or a motion for summary judgment, this action has terminated. Accordingly, the Court
3    DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:   **December 14, 2021**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE